1   KATHRYN KENEALLY
    Assistant Attorney General
2
    COLIN C. SAMPSON
3   Trial Attorney, Tax Division
    U.S. Department of Justice
4   P.O. Box 683, Ben Franklin Station
    Washington, D.C.  20044-0683
5   Telephone:      (202) 514-6062
    Facsimile:      (202) 307-0054
6   E-Mail:         Colin.C.Sampson@usdoj.gov

7   JOHN S. LEONARDO
    District of Arizona
8   United States Attorney
    *Of Counsel*
9
    *Counsel for the United States*
10

11          IN THE UNITED STATES DISTRICT COURT FOR THE

12                        DISTRICT OF ARIZONA

13

14  UNITED STATES OF AMERICA,              Civ. No.   2:13-cv-02312-JWS

                    Plaintiff,
15
                                           **UNITED STATES' OPPOSITION
        v.                                 AND MOTION TO STRIKE
16                                         DEFENDANT GORDON L. HALL'S
                                           "NOTICE OF TENDER OF
17  GORDON L. HALL; RANDALL S.             SETTLEMENT" (DKT. NO. 53)**
    ULMER; PRESIDIO CIRCLE, LLC;
18  THOMAS FAMILY TRUST; AJW
    INVESTMENTS, LLC; and CITY OF
19  MESA, ARIZONA,

20                  Defendants.

21

22          Comes now the United States of America, by and through undersigned counsel,

23  and moves this Court for an Order striking the "Notice of Tender of Settlement and

24  Petition to Show Cause."  *See* Doc. No. 53.[1]  Once again, Defendant Gordon L. Hall

25  places false and frivolous documents before this Court, which should be stricken.  There

26  have been no settlement negotiations between Defendant Gordon Hall, merely an

27  _____

28      [1]  This Response is filed to replace Doc. No. 54, as the prior document inadvertently
    contained a response to a prior filing of Defendant Gordon Hall and should be disregarded.

unsolicited email from a Yiwen Krus, identifying herself as Mr. Hall's wife, asking if the United States would consider settlement of the matter. Undersigned counsel for the United States indicated that Mr. Hall is free to contact counsel for the United States, but no such contact was made before the "Notice" was filed. Since the undersigned's contact with Ms. Krus, the United States has had no contact with Gordon Hall. Clearly, this is a gambit to delay this matter, which was filed nearly 180 days ago and is ripe for an Initial Scheduling Conference pursuant to Local Rule 16.2(b)(3)(B)(I) .

As is clear from the attachments to the "Notice" recently filed, Mr. Hall appears to continue in his quest to fool the Court with false documents, titled "Certificate of Non-Response," "Notice of Administrative Judgment," "Notice of Tender for Setoff," "Record of Presentment," a "Coupon" purportedly used to pay the federal income tax liabilities at issue in this matter, a "Privately Registered Setoff Bond" for $4,500,000, UCC Financing Statements against the United States Treasury and former Secretary Timothy Geithner, and, in classic tax-defier fashion, copies of the Notices of Levy with an "accepted for value" stamp across them. *See, e.g.,* Doc No. 53, pp. 14-39. The Court has previously stricken nearly all of these documents. *See* Doc. Nos. 20, 27. The Court should reject these documents, which purport to bind the United States, as yet another attempt by Mr. Hall to avoid the merits of his tax liability and whether the Subject Property is held by his nominee, alter ego, or fraudulent transferee Presidio Circle, LLC.

Mr. Hall fails to show good cause for the delay he is seeking in this matter. At this time, there appears to be no credible attempt by Mr. Hall to settle this matter. The United States is diligently seeking to pursue this matter on the merits and requests this Court grant its Motion for Alternate Service on Defendant Thomas Family Trust (Doc. No. 47), enter a schedule, and allow this matter to proceed to a resolution on the merits, if possible.

WHEREFORE, the Plaintiff, the United States of America, prays as follows:

A.      That this Court strike, or otherwise deny, Defendant Gordon L. Hall's "Notice of Tender of Settlement and Petition to Show Cause." (Dkt. No. 53); and

1    B.    That this Court grant the United States such other relief as is just and
2    equitable.

3    Respectfully submitted this 30th day of April, 2014.

KATHRYN KENEALLY
Assistant Attorney General

*/s Colin C. Sampson*
COLIN C. SAMPSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC 20044-0683
Tel: (202) 514-6062
Fax: (202) 307-0054
Colin.C.Sampson@usdoj.gov

JOHN S. LEONARDO
United States Attorney
District of Arizona
*Of Counsel*

*Attorneys for the United States of America*

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the following:

1.   **UNITED STATES' OPPOSITION AND MOTION TO STRIKE DEFENDANT'S NOTICE OF TENDER OF SETTLEMENT (DKT. NO. 53); and**

2.   **CERTIFICATE OF SERVICE**


was made this 30th day of April, 2014, by depositing copies in the United States mail at Washington, D.C., postage paid, addressed to the following:


**Gordon L. Hall**
950 California Avenue
Spartanburg, SC 29303

**Arthur Lindquist Kleissler**
Lindquist-Kleissler & Company, LLC
950 S. Cherry Street, Ste. 510
Denver, Colorado 80246
*Attorney for AJW Investments, LLC*

**Randall S. Ulmer**
6519 E. Willow Springs Lane
Cave Creek, Arizona 85331

**Thomas Family Trust**
2036 N. Gilbert Road, Ste. 2-604
Mesa, Arizona 85213

**City of Mesa, Arizona, Tax Audits & Collections**
20 E. Main Street, Ste. 450
Mesa, Arizona 85201

**Presidio Circle, LLC**
3546 E. Presidio Circle
Mesa, Arizona 85213

By:    */s Colin C. Sampson*
COLIN C. SAMPSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC 20044-0683

4